**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MATTHEW CHO, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 11-0922-FMO-18 <br><br> **ORDER Re: TERMINATION OF SUPERVISED RELEASE** |

WHEREAS, on May 25, 2017, defendant, defendant's attorney, Stanley I. Greenberg, and the attorney for the government appeared before the court to address defendant's motion for early termination of supervised release ("motion"). The court granted defendant's motion for the reasons set forth on the record.

Accordingly, IT IS HEREBY ORDERED that defendant Matthew Cho's term of supervised release is hereby terminated.

_/s/ Fernando M. Olguin_
Fernando M. Olguin
U.S. District Judge

FILED: May 31, 2017
CLERK, U.S. DISTRICT COURT
By: _____/s/_____
Vanessa Figueroa
Courtroom Deputy Clerk